# MCLAUGHLIN & STERN, LLP
## FOUNDED 1898

**BRETT R. GALLAWAY**
Partner
bgallaway@mclaughlinstern.com
(212) 448-1100

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

MILLBROOK, NEW YORK
GREAT NECK, NEW YORK
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2020
```

February 25, 2020

**By ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Oliver v. Boone*, et al.
Case No.: 20-cv-00332 (LGS)

Application GRANTED. The March 10, 2020, 10:30 a.m., conference is rescheduled to **April 16, 2020, at 10:40 a.m.**

Dated: February 26, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

We represent Plaintiff, James Oliver, in the above-referenced matter. Pursuant to Your Honor's Individual Rule I.B.2, we write to request an adjournment of the upcoming initial conference, currently scheduled for March 10, 2020. *See* Dkt. No. 2. I am lead counsel for Plaintiff in this matter and will be travelling out of state from March 8th until March 13th. More importantly, due to complications with the service of process relating to the present federal incarceration of Defendant Mary Boone, Defendants have not yet been served with the Summons and Complaint in this action. However, Plaintiff anticipates service to be complete within the next 1-2 weeks.

Therefore, in order to allow adequate time for Defendants to be served and to retain counsel, and because I am scheduled for a trial during the week of April 6, 2020; we request that the initial conference in this matter be rescheduled for the week of April 13, 2020 or a time thereafter which is convenient for the Court. This is the first request for such an adjournment and this adjournment does not affect any future deadline, and there are no additional upcoming scheduled appearances before the Court. As Defendants have not yet retained counsel, we submit this request unilaterally.

We thank the Court for its time and consideration with regard to this request.

Respectfully submitted,

 /s/
Brett R. Gallaway, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016
Tel:  212-448-1100
Fax:  212-448-0066
*Attorneys for Plaintiff*